AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   No. 4:15CR00001 |
| MICHAEL A. MAGGIO | ) | |
| | ) | |
| *Defendant* | ) | |

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*

**FILED**

JAN - 9 2015

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY:_____
DEPUTY CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    01/09/2015

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

LAUREN HAMILTON/MARJORIE ROGERS
*Printed name of defendant's attorney*

_____
*Judge's signature*

Brian S. Miller, Chief Judge, U.S. District Court, EDAR
*Judge's printed name and title*