U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**

JAN - 9 2015

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:15CR00001-1 BSM |
| v. | ) | |
| | ) | 18 U.S.C. § 666(a)(1)(B) |
| MICHAEL A. MAGGIO | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT, at all times material to this Information:

### GENERAL ALLEGATIONS

1.     Defendant MICHAEL A. MAGGIO was a circuit judge for the State of Arkansas, Twentieth Judicial District, Second Division.   MAGGIO was appointed to this position in or about 2000, elected to this position in or about 2002, and re-elected to this position in or about 2008.   MAGGIO held this position until on or about September 11, 2014.   During his tenure as a circuit judge, MAGGIO was an agent of the State of Arkansas and the Twentieth Judicial District, and he presided over criminal, civil, domestic relations, and probate cases filed in Faulkner, Van Buren, and Searcy counties.

2.     On or about June 27, 2013, MAGGIO announced his candidacy for the Arkansas Court of Appeals for the nonpartisan general election to be held on May 20, 2014.   MAGGIO formally withdrew his candidacy on or about March 6, 2014.

3.     Individual A was a stockholder in numerous nursing homes located in Arkansas. Individual A owned Company A, a nursing home located in Faulkner County.

4.     Individual B was a lobbyist and political fundraiser.    Individual B assisted

MAGGIO's campaign to be elected to the Arkansas Court of Appeals.

## COUNT ONE
### Bribery Concerning Programs Receiving Federal Funds
### (Violation of 18 U.S.C. § 666(a)(1)(B))

5.     Paragraphs 1 through 5 are realleged and incorporated by reference as though fully

set forth herein.

6.     In each of the calendar years 2013 and 2014, the State of Arkansas, Twentieth

Judicial District received in excess of $10,000 from the United States government under Federal

programs involving grants, subsidies, loans, guarantees, insurance, and other forms of assistance.

7.     From in or about February 2013 and continuing until in or about mid-2014, in the

Eastern District of Arkansas and elsewhere,

MICHAEL A. MAGGIO,

defendant herein, an elected circuit judge for the State of Arkansas, Twentieth Judicial District,

Second Division—a part of the judicial branch of government for the State of Arkansas—did

knowingly and corruptly solicit and demand for his own benefit and the benefit of others, and

accept and agree to accept, a thing of value from Individual A—that is, campaign contributions—

provided through an intermediary, that is, Individual B, for MAGGIO and his campaign intending

to be influenced and rewarded in connection with a business, transaction, and series of transactions

of the State of Arkansas, Twentieth Judicial District, Second Division, that involved $5,000 or

more.

All in violation of Title 18, United States Code, Section 666(a)(1)(B).

-2-

Respectfully Submitted,

PATRICK HARRIS
ATTORNEY FOR THE UNITED STATES,
ACTING UNDER AUTHORITY CONFERRED BY
TITLE 18, UNITED STATES CODE, SECTION 515


BY: JULIE PETERS
AR Bar No. 2000109
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
julie.peters@usdoj.gov


JACK SMITH
CHIEF


By: EDWARD P. SULLIVAN
NY Bar No. 2731032
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W., 12th Floor
Washington, D.C. 20530
202-514-1412
edward.sullivan@usdoj.gov