**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                 **PLAINTIFF**

v.                 **CASE NO. 4:15CR00001-01 BSM**

**MICHAEL A. MAGGIO**                                         **DEFENDANT**

## ORDER

The motions to be relieved filed by defense counsel [Doc. Nos. 13, 18] are denied. Defendant and defense counsel were notified at the hearing on the first motion to be relieved that although defendant was permitted to retain new counsel, present counsel would not be relieved until after sentencing. Defense counsel may move to be relieved again after the February 26, 2016, sentencing hearing.

IT IS SO ORDERED this 10th day of February 2016.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE