# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:15CR00001-1 BSM |
| MICHAEL A. MAGGIO | ) | |
| | ) | |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

On March 24, 2016, the Honorable Judge Brian Miller, Chief U. S. District Judge, for the Eastern District of Arkansas, having accepted the Defendant's plea of guilty on December 9, 2015 of Court 1 of the indictment, 18 U.S.C § 666(a)(1)(B), Bribery Concerning Federal Programs Receiving Federal Funds, sentenced the Defendant to 120 months imprisonment, two years supervised release, no fine, no restitution, and a $100 special penalty assessment.  The Defendant appeals.

Pursuant to Federal Rule of Appellate Procedure 24(a)(1), Defendant, Michael A. Maggio, moves the Court for permission to proceed *in forma pauperis*. The motion is supported by the attached *Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis*.

Date: March 30, 2016

Michael A. Maggio

James E. Hensley, Jr. ABA 99069
HENSLEY LAW FIRM
P. O. Box 11127
Conway, Arkansas 72034
501.327.4900 Fax: 501.400.7920
jehensley@centurytel.net

## CERTIFICATE OF SERVICE

    I, James E. Hensley, Jr., certify that the foregoing instrument was filed with the Clerk of the Court using the CM/ECF system, which should send notification to all parties of record this **March 30, 2016**.

/s/ James E. Hensley, Jr.

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:15CR00001-1 BSM |
| | ) | |
| MICHAEL A. MAGGIO | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it.  Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _Michael A. Maggio_        Date: _3/28/16_

My issues on appeal are:

On March 24, 2016, the Honorable Judge Brian Miller, Chief U. S. District Judge, for the Eastern District of Arkansas, having accepted the Defendant's plea of guilty on December 9, 2015 of Court 1 of the indictment, 18 U.S.C § 666(a)(1)(B), Bribery Concerning Federal Programs Receiving Federal Funds, sentenced the Defendant to 120 months imprisonment, two years supervised release, no fine, no restitution, and a $100 special penalty assessment.  The Defendant appeals.

1.  *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 100 | $ 3,100 | $ 0 | $ 3,100 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 250 | $ 400 | $ 250 | $ 400 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 350 | $ 3500 | $ 250 | $ 3500 |

2.  *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| Henry Barbor | yozoo city MS | Feb 2015 - Feb '16 | $ 150 |
| M & M | Conway, AR | Feb 2015 - Apr 2016 | $ 800 |
|  |  |  | $ |

3.  *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| Vestcom | LR AR | Feb '11 - present | $ 5,250 |
|  |  |  | $ |
|  |  |  | $ |

4.  *How much cash do you and your spouse have? $_____*

*Below, list any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|----------------------|-----------------|-----------------|------------------------|
| Centennial Bank | checking | $ 50 00 | $ - 0 - |
| First Service | checking | $ - 0 - | $ 4500 |
| First Service | savings | $ - 0 - | $ 25 |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5.    *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $  325 000 | (Value) $  1,000 00 | (Value) $  1,000 00 |
| | | Make and year: 2003 Honda |
| | | Model: Accord |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6.    *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| TANNER Rivers | step son | 19 |
| Anne Maggio | daughter | 18 |
| Joe Maggio | son | 23 |

8.    *Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included? [✓] Yes [ ] No Is property insurance included? [✓] Yes [ ] No | $ 0 | $ 2100 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 325 |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ 500 |
| Clothing | $ 0 | $ 50 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 50 |
| Transportation (not including motor vehicle payments) | $ 150 | $ 80 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 50 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 0 | $ 0 |
| Life: | $ 0 | $ 35 |
| Health: | $ 0 | $ |
| Motor vehicle: | $ 0 | $ 400 |
| Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | | 300 |
| Motor Vehicle: | $ 0 | $ 231 |
| Credit card (name): Master card | $ 100 | $ 350 |
| Department store (name): | $ 0 | $ |
| Other: Medical | $ 100 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |

| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
|---|---|---|
| | O | O |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ 350 | $ 4421 |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    [ ] Yes [ ] No        If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [ ] No

    *If yes, how much?* $ _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12. *State the city and state of your legal residence.*

    Conway AR

    *Your daytime phone number:* (501) 733

    *Your age:* 54   *Your years of schooling:* 12 +

    *Last four digits of your social-security number:* 0749