# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                 **PLAINTIFF**

**v.**                **CASE NO. 4:15CR00001-01 BSM**

**MICHAEL A. MAGGIO**                                           **DEFENDANT**

## ORDER

Defendant Michael Maggio's motion to appeal *in forma pauperis* [Doc. No. 48] is granted.

IT IS SO ORDERED this 31st day of March 2016.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE