IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:15CR00001-1 BSM |
| ) | |
| MICHAEL A. MAGGIO ) | |

**MOTION FOR DISMISS PETITION FOR A WRIT OF HABEAS CORPUS**

Michael A. Maggio, by attorney, James E. Hensley, Jr., for his *Motion to Dismiss Petition for a Writ of Habeas Corpus*, states:

1. On October 29, 2018, the Defendant/Petitioner, *pro se*, and under the authority of 28 USCA § 2255 and Fed. R. Civ. Pro., 81(a)(2), filed a *Petition for a Writ of Habeas Corpus*.

2. After thoughtful consideration, Petitioner, Michael A. Maggio, requests the Court allow him to dismiss his motion and enter an order accordingly.

WHEREFORE, Petitioner, Michael A. Maggio, requests the Court enter an Order to dismiss his petition.

Respectfully submitted,

/s/ James E. Hensley, Jr. 99069
HENSLEY LAW FIRM, P.A.
P. O. Box 11127
Conway, Arkansas 72034
501.327.4900 Fax: 501.400.7920
jehensley@centurytel.net

## CERTIFICATE OF SERVICE

    I, James E. Hensley, Jr., certify that the forgoing instrument was filed with the Clerk of the Court using the CM/ECF system, which should send notification of all parties of record this **December 17, 2018**

                                                  /s/ James E. Hensley, Jr.